**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ROBERT T. ALGER**                                                                                     **PLAINTIFF**

**V.**                                                                                              **NO. 1:10CV244-P-S**

**PRENTISS COUNTY SHERIFF'S DEPARTMENT, et al.**               **DEFENDANTS**

**ORDER**

In accordance with the opinion issued this day

(1)     the defendants' motion to dismiss (docket entry 38) is GRANTED;

(2)     defendants Randy Tolar and Prentiss County Sheriff's Department are DISMISSED; and

(3)     the matter shall proceed as to the remaining defendants.

**IT IS SO ORDERED.**

THIS the 15th day of September, 2011.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE