UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT T. ALGER                                                                                          PLAINTIFF

V.                                                                       CIVIL ACTION NO.1:10CV244-WAP-JAD

PRENTISS COUNTY SHERIFF'S DEPARTMENT, et al.                              DEFENDANTS

REPORT AND RECOMMENDATION

In each case involving a *pro se* party, that party is cautioned that they must keep the court informed at all times of their current address. On February 16, 2012, the court entered a scheduling order and a copy of the same was mailed to the plaintiff. That mail was returned as undeliverable on February 22, 2012. Since that time the plaintiff has not contacted the court to provide his present address.

The undersigned recommends that the complaint in this cause be dismissed for failure to prosecute.

The parties are referred to 28 U.S.C. § 636(b)(1) and Local Rule 72(a)(3) for the appropriate procedure in the event any party desires to file objections to these findings and recommendations. Objections must be in writing and must be filed within fourteen days of this date. Failure to timely file objections to the proposed findings and recommendations will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions that are accepted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Plaintiff is directed to acknowledge receipt of this report and recommendation by signing the enclosed acknowledgment form and returning it to the court within fourteen days of

this date. Petitioner is warned that failure to comply with the requirements of this paragraph may lead to the dismissal of this lawsuit under F.R.Civ.P. 41(b) for failure to prosecute and for failure to comply with an order of the court.

This the 22nd day of March, 2012.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE