4-10-12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT T. ALGER     PLAINTIFF

v.     No. 1:10CV244-D-S

PRENTISS CO. SHERIFF'S DEPT., ET AL., ET AL.     DEFENDANTS

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 22, 2012, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 22, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is **DISMISSED** without prejudice for failure to prosecute under FED. R. CIV. P. 41.

THIS, the 10th day of April, 2012.

/s/ Glen H. Davidson
SENIOR JUDGE